TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 AM 11: 15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>    Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>JAMES KIRK SHORT,             )<br>                              )<br>    Defendant.                )<br>                              ) | No. A05-114-<br><br>COUNT 1:<br>POSSESSION OF CONTROLLED<br>SUBSTANCE WITH INTENT TO<br>DISTRIBUTE<br>Vio. of 21 U.S.C. § 841(a)(1) |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

### POSSESSION OF CONTROLLED SUBSTANCE

### WITH INTENT TO DISTRIBUTE

On or about November 26, 2005, in the District of Alaska, JAMES KIRK SHORT, defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, to wit, 100 or more of marijuana plants,

All in violation of Title 21, United States Code, Section 841(a)(1).

*[signature]*
JAMES BARKELEY
Assistant U.S. Attorney

DATED: December 8, 2005