```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  __JAMES KIRK SHORT__    CASE NO. __A05-0114-CR (RRB)__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:        __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:       __CAROLINE EDMISTON__

UNITED STATES' ATTORNEY:     __JAMES BARKELEY__

DEFENDANT'S ATTORNEY:        __KEVIN MCCOY__

U.S.P.O.:                    __KAREN BREWER__

PROCEEDINGS: ARRAIGNMENT ON FELONY INFORMATION HELD 12/16/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:00 p.m. court convened.

_X_ Copy of Felony Information given to defendant; read.

_X_ Defendant advised of general rights, charges and penalties; waived full advisement of rights.

_X_ Defendant stated true name: __Same as above__  Age: __35__

_X_ Waiver of Indictment **FILED.**

_X_ PLEA: Not guilty to count __1 of the Felony Information.__

_X_ Defendant's detention continued.

_X_ Pretrial motions due **January 3, 2006** ; Order Regarding Preparation for Trial **FILED.**

_X_ Counsel advised of trial date: **January 23, 2006.** Mr. Barkeley unavailable the week the January 23, 2005.

_X_ OTHER: Meet and confer December 20, 2005.

At 2:08 p.m. court adjourned.

DATE:   __December 19, 2005__   DEPUTY CLERK'S INITIALS: __ce__