FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 AM 11: 13

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KIRK SHORT,<br><br>Defendant. | NO. A05-0114 CR (RRB)<br><br>**MOTION FOR BAIL REVIEW HEARING** |

James Kirk Short asks this court for a bail review hearing. He proposes a release to the 24-hour sight/sound custody of Shane O'Farrell, subject to electronic monitoring, drug testing, appropriate reporting conditions, appropriate area restrictions, and the posting of a corporate bond in the amount of $50,000.00. The application for third-party release has been provided to pretrial services.

Dated at Anchorage, Alaska this 21st day of December 2005.

Respectfully submitted,

*[signature]*

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 21, 2005,
I hand delivered a copy of this document to:

James N. Barkeley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

*[signature]*
Karolyn Miller