UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0114 CR (RRB) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION FOR BAIL REVIEW HEARING** |
| JAMES KIRK SHORT, | |
| Defendant. | |

After due consideration of the defendant's Motion for Bail Review Hearing, the motion is GRANTED. A bail review hearing is hereby scheduled for 12/27/05, at 10:30 A.m.

DATED this 22nd day of December 2005, in Anchorage, Alaska.

Cnsl, USPO T/C notified 12/22/05

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

A05-0114--CR (RRB)
US PROBATION — om 12-22-05
K. MCCOY (FPD)
J. BARKELEY (USA)
US MARSHAL
---

Top of page stamps:

DEC 22 2005

FILED
DEC 22 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy
10