FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 11: 13

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A05-0114 CR (RRB) |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO VACATE BAIL REVIEW HEARING** (*Filed On Shortened Time*) |
| JAMES KIRK SHORT, | |
| Defendant. | |

James Kirk Short asks this court for an order vacating the bail review hearing currently set for December 27, 2005, at 10:30 a.m. Mr. Short will approach the court in writing later and ask that the bail hearing be recalendared.

The government does not oppose this request.

This motion is submitted pursuant to D. Alaska L. Crim. R. 47.1.

Dated at Anchorage, Alaska this 23rd day of December, 2005.

KEVIN F. McCOY
Assistant Federal Defender



Certification:

I certify that on December 23, 2005, I hand delivered a copy of this document to:

James N. Berkeley, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue, #9, Room 253
Anchorage, AK  99513-7567

*Lenora L. Roehling* (signature)
Lenora L. Roehling