LODGED

DEC 2 3 2005

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

FILED

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0114 CR (RRB) |
| vs. | **ORDER VACATING** |
| JAMES KIRK SHORT, | **BAIL REVIEW HEARING** |
| Defendant. | |

On consideration of the defendant's unopposed motion to vacate the December 27, 2005, bail review hearing;

It is hereby ordered that the request is granted. The December 27, 2005, bail review hearing is vacated.

Done at Anchorage, Alaska this 23rd day of December, 2005.

A05-0114--CR (RRB)
--------------------
✓ K. MCCOY (FPD)
✓ J. BARKELEY (USA)
✓ US MARSHAL
✓ US PROBATION
on 12-23-05

_____
JOHN D. ROBERTS
United States Magistrate Judge

12