UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         USA   v.   SHORT

DATE:   March 21, 2006            CASE NO.   3:05-CR-0114-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

   Due to judicial scheduling conflicts, the change of plea hearing scheduled for April 3, 2006, is **rescheduled** and will be held on **Friday, April 7, 2006, at 11:15 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING