UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  JAMES KIRK SHORT 

DATE:  April 6, 2006   CASE NO.   3:05-CR-0114-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO CONTINUE**

---

The hearing presently scheduled for **April 7, 2006**, at **11:15 a.m.**, in Courtroom 2, will be utilized as a rescheduling hearing.

M.O. RE MOTION TO CONTINUE