**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>   v.   <u>  SHORT  </u>

DATE:   <u>  July 13, 2006  </u>   CASE NO.   <u>  3:05-CR-0114-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RE HEARING**

---

      The hearing scheduled in this matter on **Monday, July 17, 2006, at 9:00 a.m.,** will be utilized as a status/scheduling hearing.

M.O. RE HEARING