UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  SHORT  </u>

DATE:  <u>  October 12, 2006  </u>   CASE NO.  <u>  3:05-CV-0114-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

---

Due to an ongoing civil trial, the **time** for the change of plea hearing in this matter on **Tuesday, October 17, 2006**, is **changed** from 9:00 a.m. to **8:15 a.m.,** in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING